IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DENNIS R. COWAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-06-1383-C |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

O R D E R

    This action for judicial review of the Commissioner's denial of disability insurance benefits was referred for initial proceedings to United States Magistrate Judge Gary M. Purcell consistent with 28 U.S.C. § 636(b)(1)(B).  Judge Purcell entered his Report and Recommendation on August 14, 2007, recommending that the decision of the Commissioner be affirmed.  Plaintiff, through counsel, has timely filed an objection to this report, and the Court therefore considers the matter de novo.

    In his thorough and well-reasoned Report and Recommendation, Judge Purcell sets out the relevant facts and prevailing law, and no purpose would be served to repeat those here.  In objection, Plaintiff is either restating his initial argument for reversal of the decision of the Administrative Law Judge, or he is misconstruing the analysis contained in the Report

and Recommendation. Either way, Judge Purcell has fairly stated the law and the facts, and reached the only appropriate conclusion possible under these facts and controlling law.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons stated therein, the decision of the Commissioner in this case is affirmed. A judgment will enter accordingly.

IT IS SO ORDERED this 5th day of September, 2007.

ROBIN J. CAUTHRON
United States District Judge